UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-80738-CIV-MARRA/MATTHEWMAN

SUSAN MERCADO, an individual,

    Plaintiff,

v.

CHRISTIAN DEBT CONSOLIDATION, INC.,
a Florida corporation, and ADAM HAYAT,
individually,

    Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DOCUMENTS AND DEPOSITION TESTIMONY [DE 27]

THIS CAUSE is before the Court upon Plaintiff, Susan Mercado's ("Plaintiff"), Motion to Compel Documents and Deposition Testimony [DE 27]. This matter was referred to the undersigned by United States District Judge Kenneth A. Marra upon an Order referring all discovery to the undersigned for final disposition. *See* DE 14. Defendants, Christian Debt Consolidation, Inc., and Adam Hayat, responded to Plaintiff's motion [DE 29]. The matter is now ripe for review and disposition.

The Court held a hearing on the motion on April 13, 2013. As stated in open court, it is hereby **ORDERED** as follows:

    1. Plaintiff's Motion [DE 27] is **GRANTED**;

    2. The depositions of Mr. Hayat and Ms. Hendrickson shall be continued, and both deponents shall respond to all questions unless their responses would involve attorney-client privileged information;

3. Defendants shall turn over all documents responsive to Plaintiff's Request for Production that have not previously been produced; and

4. The Court shall reserve ruling as to whether to grant sanctions against Defendants and/or their counsel.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 30th day of April, 2013.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE